Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
Brauli Rodriguez Jalapa

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>BRAULI RODRIGUEZ JALAPA,<br><br>  Defendant | Case No.: CR 23-264 JSW<br><br>STIPULATION TO CONTINUE IDENTIFICATION OF COUNSEL, ARRAIGNMENT, AND BOND STATUS CONFERENCE; ORDER |

The above-captioned matter is set for a hearing on August 22, 2023 for identification of counsel, arraignment, and bond modification.[1] Undersigned defense counsel, who is prepared to make a general appearance in this matter, is not available on August 22, 2023. As a result, the parties stipulate and agree to continue this matter to August 24, 2023 at 10:30 a.m. for those purposes.

It is further stipulated by the parties that time be excluded under the Speedy Trial Act from August 22, 2023 through August 24, 2023 for effective preparation and continuity of counsel. The parties further stipulate and agree that the ends of justice served by excluding the

---

[1] Defense counsel understands that the Court set a deadline of August 24, 2023 to file the necessary documents to secure the bond with real property. Given that defense counsel has not yet appeared in this matter, counsel intends to request the Court consider argument related to the secured bond and/or request an extension of time to file the necessary documents to secure the bond with real property.

time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**SO STIPULATED.**

Dated: August 21, 2023

ISMAIL RAMSEY
UNITED STATES ATTORNEY

_____/s/_____
Eric Cheng
Assistant United States Attorney

Dated: August 21, 2023

_____/s/_____
Adam Pennella
Counsel for Brauli Rodriguez Jalapa

**IT IS SO ORDERED.**

DATED: August 21, 2023

IT IS SO ORDERED
Judge Donna M. Ryu

_____
DONNA M. RYU
Chief Magistrate Judge
Northern District of California

STIPULATION AND ORDER TO CONTINUE HEARING                                         2