UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**DATE**: June 25, 2024         **TIME IN COURT**: 33 minutes

**JUDGE**: JEFFREY S. WHITE

**COURTROOM DEPUTY**: Ki'i Kealalio-Puli     **COURT REPORTER**: Marla Knox

**CASE NO.**: 23-cr-00264-JSW-6

**TITLE**: USA  v.  Brauli Rodriguez Jalapa
☒ Present  ☐ Not Present  ☐ In-Custody

**U.S. ATTORNEY**: Eric Cheng     **DEFENSE COUNSEL**: Adam Pennella

### PROCEEDINGS

Change of Plea-Held. The plea agreement is signed and filed in court. The defendant is sworn. The court finds the defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The court finds a factual basis for the plea. The defendant enters a plea of guilty as to counts one and seven of the Indictment. The plea is accepted by the court. The defendant is adjudged guilty of the offenses. The defendant is referred to probation to conduct a presentence investigation.

CASE CONTINUED TO: 10/22/2024 at 1:00 p.m. for Sentencing.