| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | ERIC CHENG (CABN 274118)<br>AJAY KRISHNAMURTHY (CABN 305533) |
| 5 | ALETHEA M. SARGENT (CABN 288222)<br>Assistant United States Attorneys |
| 6 | |
| 7 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 8 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724 |
| 9 | Eric.Cheng@usdoj.gov<br>Ajay.Krishnamurthy@usdoj.gov<br>Alethea.Sargent@usdoj.gov |
| 10 | |
| 11 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>(2) MORTEZA AMIRI and<br>(3) AMANDA CARMELLA THEODOSY,<br>    a/k/a AMANDA CARMELLA NASH,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 23-CR-00264-JSW<br><br>**UNITED STATES' RESPONSE TO PROPOSED JUROR QUESTIONNAIRE**<br><br>Pretrial Conf.: July 8, 2024<br>Trial:          August 5, 2024<br>Court:         Honorable Jeffrey S. White |

Pursuant to the Court's June 26, 2024 order, Dkt. 237, the United States proposes the following addition to the Juror Questionnaire:

> Have you, or has anyone close to you, ever been accused, arrested, charged, or convicted of a criminal offense (other than a minor traffic violation)?
> If yes, please explain the circumstances.

The United States submits that such a question will allow the Court and the parties to determine whether potential jurors have strong positive or negative feelings about the criminal justice system that

could affect their ability to serve as fair and impartial jurors.

If the Court is not inclined to add such a question, the United States respectfully requests that the Court alter the existing Question 8 so that it more clearly covers criminal cases:

> Have you, your relatives, or anyone close to you ever been involved in a lawsuit <u>or criminal prosecution</u> of any kind either as a plaintiff, defendant, or witness?

DATED: July 2, 2024                                        Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney


_____/s/_____
ERIC CHENG
AJAY KRISHNAMURTHY
ALETHEA SARGENT
Assistant United States Attorneys