Law Office of Adam Pennella
Adam Pennella, SBN 246260
420 Third Street, Suite 250
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
BRAULI RODRIGUEZ JALAPA

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>BRAULI RODRIGUEZ JALAPA,<br><br>        Defendant | Case No.: CR 23-264 JSW (DMR)<br><br>UNOPPOSED MOTION AND ORDER PERMITTING OUT OF DISTRICT TRAVEL<br><br><br>Hon. Chief Magistrate Donna M. Ryu |

Defendant Brauli Rodriguez Jalapa requests permission to travel out of the Northern District of California to the Central District of California for a camping trip with his family to celebrate his son's first birthday. He is requesting permission to leave the Northern District of California no earlier than July 24, 2024, and return no later than July 29, 2024. Pretrial Officer Bradley Wilson advised that he is in support of this request, and the government does not oppose this request.

Mr. Rodriguez Jalapa understands and agrees that he must provide Pretrial with his travel itinerary, and the location(s) where he will be staying. He must also advise Pretrial how he can be contacted while he is out of District. All other terms of release remain in effect.

//

Dated: July 8, 2024

Respectfully Submitted:

_____/s/_____
Adam Pennella
Counsel for Brauli Rodriguez Jalapa

**SO ORDERED.**

DATED: July 8, 2024

IT IS SO ORDERED
Judge Donna M. Ryu

_____
Hon. Donna M. Ryu
Chief Magistrate Judge
Northern District of California