Law Office of Adam Pennella
Adam Pennella, SBN 246260
420 Third Street, Suite 250
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
BRAULI RODRIGUEZ JALAPA

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>BRAULI RODRIGUEZ JALAPA,<br><br>          Defendant | Case No.: CR 23-264 JSW<br><br>SUPPLEMENTAL LETTER AS EXHIBIT A TO SENTENCING MEMORANDUM |

     Defendant Brauli Rodriguez Jalapa hereby submits the attached letter to be included in Exhibit A to Defendant's Sentencing Memorandum. The attached letter is from Alameda County Narcotics Task Force, who managed Mr. Rodriguez during his time working with the Task Force.

Dated: October 22, 2024              Respectfully submitted,


                                     _____/s/_____
                                     Adam Pennella
                                     Counsel for Brauli Rodriguez Jalapa

Michael Gallardo

(510) 227-9361

The Honorable Judge Jeffrey White,

I recently met up with Brauli Rodriguez Jalapa (Brauli) and he told me of his upcoming sentencing and asked me if I could provide him with a character refence letter, to which I immediately agreed to do. I managed Brauli from 2019-2021 while he was working as a detective in the Alameda County Narcotics Task Force, and I was the Task Force Commander then and still am today. I am currently a Lieutenant in the Alameda County Sheriff's Office and have been in law enforcement for almost 27 years.

As an employee Brauli was an extremely energetic and dedicated employee. He served the people of Oakland and the entire state through tireless efforts to combat the sale of illicit narcotics and the seizure of illegal firearms, which made every community we serviced a little bit safer. Brauli was not a solo act during these investigations and worked as a member of a team of highly capable detectives. As a manager it is easy to recognize the individuals who are not only committed to the mission but also dedicated to the team. Brauli assisted other detectives with their investigations with the same high energy level and effort as if they were his own. Unfortunately, Brauli had an off-duty incident in 2021 which made him return to his home agency. In the wake of this incident, I had conversations with Brauli which made me aware that he was having issues with anxiety and depression related to prior experiences while serving as a patrol officer. I encouraged him to seek therapy and treatments for the experiences which were troubling him, which I believe he went on to do.

Aside from knowing Brauli at work I have had a glimpse into his personal life. Brauli is a dedicated son to his parents, dedicated husband to his wife and now is a dedicated father to his son. Brauli takes great pride in his family, and I believe they are the driving force for his life. When I met with Brauli recently, my immediate take-aways were; he was clear eyed, reacquainted with his faith, focused on improving himself for his family, and was willing to atone for the mistakes he has made.

I would humbly ask the court to consider Brauli's dedicated service to his community, dedication to his family, his path to improved mental health, and willingness to be accountable for his mistakes when sitting in judgement of him and considering his sentencing.

Sincerely,

Michael Gallardo